UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARS PHARMACEUTICALS OPERATIONS, INC.,

Plaintiff,

-v-

APTARGROUP, INC.,

Defendants.

CIVIL ACTION NO. 26 Civ. 6319 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 52). On September 29, 2025, this case was filed in the United States District Court for the Southern District of California. (See Dkt. No. 1 (the "Complaint")). On December 16, 2025, Defendant Aptargroup, Inc. ("Aptar") filed a motion to transfer the action to this Court or, in the alternative, dismiss the action. (Dkt. No. 33 (the "Motion")). On July 17, 2026, the Honorable Benjamin J. Cheeks granted Aptar's Motion in part, transferring this action to this Court but declining to rule on Aptar's request for dismissal. (Dkt. No. 49 at 6–7 (the "Order")). On July 24, 2026, this action was entered onto this Court's electronic court filing system. (See Text Entries dated July 24, 2026). Since the Order, Aptar has not filed a response to the Complaint. By **August 7, 2026**, Aptar shall answer, move, or otherwise respond to the Complaint.

Dated: New York, New York
July 31, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**